UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# Case No. _____

# The attached hand-written document
# has been scanned and is also available in the
# SUPPLEMENTAL PAPER FILE

UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by PG D.C.
AUG 01 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

Case No. _____

John Bure    D.O.B. 5-15-67
  Plaintiff

V.

1) Ric Bradshaw, Sherriff
2) S. Cosgrove #3505
3) K. Hill-Simpson #9476   4) Roderick White - Law Library Program Supervisor
        Defendants

A Complaint Under the Civil Rights Act, 42 U.S.C. § 1983

I. Parties
  A. Name of Plaintiff: John Bure
     Inmate # 0224287
     Address Palm Beach County Jail  PO Box 24716
             West Palm Beach  Florida  33416

  B. Defendant: Ric Bradshaw
     is employed as Sherriff at Palm Beach County Dept. of Corrections
     at 3228 Gun Club Road West Palm Beach FL 33406

  C. Additional Defendants: S. Cosgrove #3505 - Law Library Officer
     3228 Gun Club Rd West Palm Beach FL 33406
     K. Hill-Simpson #9476 - Law Library Officer 3228 Gun Club Rd.
     West Palm Beach FLORIDA 33406
     Roderick White - Law Library Program Supervisor
     3228 Gun Club Rd West Palm Beach FL 33406

Page 1 of 3

nat/div 1983-550 - West Palm Beach
Case # _____
Judge _____   Mag Wnik
Motn Ifp Yes      Fee pd $ No
Receipt # _____

II. Statement of Claim

Palm Beach County Jail Law Library is making and Retaining copies of Legal Documents I send to the Law Library for personal Legal Copies. Some of the Documents I submit for copying are Legal work Product documents pertaining to (2) other Pending Lawsuits I am presently litigating against the same Defendant, Sherriff RIC BRADshaw and Palm Beach County Sherriffs Office. S. Cosgrove #3505 and K. Hill-Simpson #9476 have both admitted in writing they Retain these copies (See attached 2 Inmate request Documents Returned by S. Cosgrove and K. Hill Simpson) The Sherriffs Office gives inmates such as myself No Prior Notice or advisory to this practice, which in essence, leaves me with an expectation of Privacy pertaining to Privileged Legal documents which the Opposing Party to litigation should not be retaining, a clear violation of my Rights.

III. Relief

I ask the Court to issue an immediate inJunction against this practice.
I want the Defendants sanctioned.
I want a full and complete inquiry into the matter. Punitive Damages.

IV. Jury Demand    Do You Demand a Jury Trial? ☒ Yes ☐ No

Page 2 of 3

Signed this 18th Day of July 2013

_____
Signature of Plaintiff

I Declare under penalty of Perjury that the Foregoing is True and correct.

Executed on 7-18-2013

_____
Signature of Plaintiff

Page 3 of 3



# SHERIFF'S OFFICE
**RIC L. BRADSHAW, SHERIFF**
**DEPARTMENT OF CORRECTIONS**

## INMATE REQUEST

☒ **MAIN DETENTION CENTER**  ☐ **WEST DETENTION CENTER**

*Only one request allowed per form.   *Solamente se permite una solicitud por formulario.   *Li entèdi pou fè plis pase yon demann sou chak fòmilè.

☐ **Commanding Officer** — Oficial de Mando / Ofisye siperyè
☐ **Public Defender** — Defensor público / Avoka defans piblik
☐ **Notary Service** — Servicio de Notario / Sèvis notè
☐ **Classification** — Clasificación / Klasifikasyon
☐ **Property** — Propiedad / Pwopriyete
☐ **Canteen** — Cantina / Kantin
☐ **Inmate Records / Court Information** — Registro de Reclusos/Información de Corte / Dosye prizonye/enfòmasyon sou jijman
☐ **Visitation** — Visitas / Vizit
☐ **Other** _____ — Otro / Lòt

☒ **Program** — Programas / Pwogram
☐ **Reading Library** — Biblioteca para lectura / Bibliyotèk pou lekti
☐ **Educational Program** — Programas Educacionales / Pwogram edikasyonèl
☐ **AA/NA Meetings** — Reuniones de AA/NA / Reyinyon AA/NA
☐ **Another Way Drug Education Dorm** — Dormitorio para la Educación sobre drogas "Another Way" / Dòmitwa Another Way pou edikasyon sou dwòg
☐ **Re-Entry** — Reingreso / Retou
☐ **Alternative Custody / IHA** — Detención Alterna/Arresto Domiciliario / Gad altènatif / kouvrefe adomisil
☐ **Work Release** — Salida para Trabajar / Sòti pou ka travay

☐ **Chaplain** — Capellán / Chaplen
☐ **Bible Study** — Estudio Bíblico / Li labib
☐ **Spanish Church Service** — Servicio en Español / Legliz panyòl
☐ **Catholic Church Service** — Servicio Católico / Legliz katolik
☐ **Jewish Service** — Servicio Judio / Sèvis jyif
☐ **Jehovah's Witness** — Testigo de Jehová / Temwen jewova
☐ **Muslim Prayer** — Oración Musulman / Priyè mizilman
☐ **Non-Denominational Church** — Servicio No-Denominación / Legliz san denominasyon
☐ **Request for Bible** — Pedido de Biblia / Demann pou labib

**Name (Print):** John BURE
**Date:** 7-18-13   **Jacket #:** 0224287   **Pouch #:** _____
**Date of Birth:** 5-15-67
**Housing Unit:** 54-b

**State the reason for submitting this request:**
Is it true that jail staff is copying and retaining copies of my legal requests and legal copies?

**Official Response:**
Yes

**Official's Name (Print):** (signature)   **ID #:** ____   **Official's Signature:** S. Cosgrove #3505   **Date:** JUL 22 2013

PBSO CF #0019 REV. 05/12

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### INMATE LEGAL MATERIAL REQUEST FORM
(PLEASE PRINT CLEARLY)

☒ MAIN DETENTION CENTER            ☐ WEST DETENTION CENTER

NAME: _____
         LAST              FIRST              MIDDLE

JACKET #: _____                    DOB: _____

CELL: _____                        DATE: _____

**INSTRUCTIONS:** LIST BELOW THE AREA(S) OF INFORMATION TO BE REQUESTED. THE REQUESTOR **MUST BE SPECIFIC**, LIST THE EXACT STATUTE, CITE OR RULING. **NO REQUEST FOR GENERAL INFORMATION WILL BE CONSIDERED.**

**REFERENCE MATERIAL AVAILABLE:** FLORIDA RULES OF COURT (STATE & FEDERAL), WEST FLORIDA CRIMINAL LAWS & RULES, BLACK'S LAW DICTIONARY, FEDERAL CRIMINAL CODES AND RULES.

**I REQUEST INFORMATION ON THE FOLLOWING ITEM(S): (MUST BE SPECIFIC)**

Is it true that you are retaining copies of me [illegible] submit to [illegible]?

The Law Library retain copies of all Law Library requests

ALL INFORMATION MUST BE CORRECTLY COMPLETED AND IN FULL OR YOUR REQUEST WILL BE RETURNED UNPROCESSED.

INMATE SIGNATURE: _____      DATE: _____

---

**TO BE COMPLETED BY THE LAW LIBRARY OFFICER:**

LAW LIBRARY OFFICER: K. Hill-Simpson #9476 _____ I.D. # _____

DATE REQUEST RECEIVED: Req Only   DATE REQUEST FILLED: JUL 19 2013

LAW LIBRARY

PBSO CF #0036 REV. 07/12

